CO-386-online
10/03

# United States District Court
# For the District of Columbia

Citizens for Responsibility and Ethics )
in Washington )
)           CASE NUMBER   1:06CV01912
)
)           JUDGE: Ricardo M. Urbina
            Plaintiff )
        vs )
)           DECK TYPE: FOIA/Privacy Act
U.S. Department of Homeland Security and )
Allen Weinstein )
)           DATE STAMP: 11/09/2006
)
            Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Citizens for Responsibility and Ethics in Washington__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Citizens for Responsibility and Ethics in Washington__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

298190
BAR IDENTIFICATION NO.

ANNE L. WEISMANN
Print Name

1400 Eye Street, N.W., Suite 450
Address

Washington, D.C. 20005
City          State         Zip Code

202-408-5565
Phone Number