UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, ) ) ) Plaintiff, ) ) ) v. ) ) U.S. DEPARTMENT OF HOMELAND SECURITY, et al., ) ) ) Defendants. ) ) | CIVIL ACTION NO. 1:06-cv-01912-RMU |

**DEFENDANTS' MOTION FOR PARTIAL EXTENSION OF TIME AND
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Defendants respectfully request that the 30-day deadline to respond to plaintiff's claims under the Freedom of Information Act be extended until the 60-day deadline to respond to plaintiff's non-FOIA claims, and, in support thereof, would show unto the Court the following:

1. The Complaint in this action pleads four claims for relief. The first and second claims are based on the Freedom of Information Act, and the third and fourth claims are based on the Federal Records Act.

2. The United States Attorney was served with the Complaint on November 13, 2006. Under 5 U.S.C. § 552(a)(4)(C), therefore, defendants' response to the first and second claims is due December 13, 2006. Under Rule 12(a)(3)(A) of the Federal Rules of Civil Procedure, however, defendants' response to the third and fourth claims is due January 12, 2007.

3. Extending the deadline to respond to plaintiff's FOIA claims until the deadline to respond to their non-FOIA claims would promote efficiency and simplicity by permitting defendants to respond to all claims in this action at the same time.

4. Given that defendants have a right to a deadline of 60 days to respond to the third and fourth claims, plaintiff would not be prejudiced by a deadline of 60 days for defendants to respond to all claims.

5. No other extensions of time to respond to the Complaint have been requested or granted, and no other existing deadlines will be affected.

Accordingly, defendants respectfully request that their deadline of December 13, 2006, to answer or otherwise respond to plaintiff's first and second claims be extended until their deadline of January 12, 2007, to answer or otherwise respond to plaintiff's third and fourth claims.

Counsel for defendants has consulted regarding this request with counsel for the plaintiff, Ms. Anne L. Weismann, who stated that plaintiff neither opposes nor consents to the request.

An appropriate proposed order accompanies this motion.

Dated: December 1, 2006

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        JEFFREY A. TAYLOR
        United States Attorney

        ELIZABETH SHAPIRO, D.C. Bar 418925
        Assistant Director

        _____
        W. SCOTT SIMPSON, Va. Bar 27487
        Senior Trial Counsel

        Attorneys, Department of Justice
Civil Division, Room 7210
Post Office Box 883
Washington, D.C. 20044
Telephone:  (202) 514-3495
Facsimile:   (202) 616-8470
E-mail: scott.simpson@usdoj.gov

COUNSEL FOR DEFENDANTS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY | : | |
| AND ETHICS IN WASHINGTON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-01912-RMU |
| | : | |
| U.S. DEPARTMENT OF HOMELAND | : | |
| SECURITY, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Defendants have filed a motion for partial extension of time [4], seeking to answer or otherwise respond to the first and second claims in plaintiff's Complaint on January 12, 2007, which is the current deadline for defendants' response to the third and fourth claims.  Having considered defendants' motion and all materials submitted in relation thereto, IT IS HEREBY ORDERED that defendants' motion for partial extension of time [4] is GRANTED.

IT IS FURTHER ORDERED THAT:

Defendants shall answer or otherwise respond to the Complaint herein no later than January 12, 2007.

SO ORDERED.

RICARDO M. URBINA
United States District Judge

<u>Attorneys to be notified of entry</u>:

Anne L. Weismann
Melanie Sloan
Citizens for Responsibility
and Ethics in Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C. 20005

W. Scott Simpson
Department of Justice
Civil Division, Room 7210
Post Office Box 883
Washington, D.C. 20044