UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, ) ) ) Plaintiff, ) ) v. ) ) U.S. DEPARTMENT OF HOMELAND SECURITY, et al., ) ) ) Defendants. ) ) | CIVIL ACTION NO. 1:06-cv-01912-RMU |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME AND
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Defendants respectfully request a three-week extension of their deadline to respond to the Complaint in this action, and, in support thereof, would show unto the Court the following:

1. The Complaint in this action pleads four claims for relief, two of them under the Freedom of Information Act ("FOIA") and two of them under the Federal Records Act ("FRA"). The United States Attorney was served with the Complaint on November 13, 2006. Under 5 U.S.C. § 552(a)(4)(C), therefore, defendants' response to the FOIA claims was initially due December 13, 2006, and, under Rule 12(a)(3)(A) of the Federal Rules of Civil Procedure, defendants' response to the FRA claims is due January 12, 2007.

2. On December 1, 2006, defendants filed a Motion for Partial Extension of Time, seeking to extend until January 12, 2007, their deadline to respond to the FOIA claims (docket #4). That motion was granted in a Minute Order dated December 1, 2006.

3. Plaintiff's FOIA claims seek, from the United States Secret Service, records relating to any visit to the White House or the Vice Presidential Residence ("VPR") by any of nine named

individuals, from January 1, 2001, to the present. Records of visits to the White House and the VPR are under the control of the White House and the Office of the Vice President ("OVP"), such that responding to plaintiff's Complaint requires a significant degree of coordination between the Secret Service and the White House and OVP. Additional time is needed to complete this coordination.

    4. Defendants intend to file, in responding to the Complaint, a motion for summary judgment on plaintiff's FOIA claims. This entails a high degree of coordination among the Secret Service, the White House, the OVP, and the Department of Justice to prepare the necessary declaration or declarations, for which additional time is needed.

    5. The intervention of the holiday period, along with the nature and extent of the above-described tasks, has delayed preparation of defendants' responsive filings. Many of the personnel in the various offices involved were intermittently unavailable for consultation during the holiday period.

    6. Undersigned counsel for the defendants, Mr. W. Scott Simpson, will be attending depositions in Portland, Oregon, on January 12, 2007. This travel has been scheduled since November 21, 2006.

    7. Although defendants' deadline to respond to the FOIA claims has been extended to match their deadline to respond to plaintiff's other claims, the overall deadline to respond to the Complaint in this action has not otherwise been extended previously.

    Accordingly, defendants respectfully request that their deadline of January 12, 2007, to respond to the Complaint be extended by three weeks, until February 2, 2007.

Counsel for defendants has consulted regarding this request with counsel for the plaintiff, Ms. Anne L. Weismann, who stated that plaintiff would oppose the requested extension.

An appropriate proposed order accompanies this motion.

Dated: January 8, 2007

                                Respectfully submitted,

                                PETER D. KEISLER
                                Assistant Attorney General

                                JEFFREY A. TAYLOR
                                United States Attorney

                                ELIZABETH J. SHAPIRO, D.C. Bar 418925
                                Assistant Director

                                _____
                                W. SCOTT SIMPSON, Va. Bar 27487
                                Senior Trial Counsel

                                Attorneys, Department of Justice
                                Civil Division, Room 7210
                                Post Office Box 883
                                Washington, D.C. 20044
                                Telephone:  (202) 514-3495
                                Facsimile:  (202) 616-8470
                                E-mail: scott.simpson@usdoj.gov

                                COUNSEL FOR DEFENDANTS

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
CITIZENS FOR RESPONSIBILITY    :
AND ETHICS IN WASHINGTON,      :
                               :
        Plaintiff,             :
                               :
        v.                     :   Civil Action No. 06-01912-RMU
                               :
U.S. DEPARTMENT OF HOMELAND    :
SECURITY, et al.,              :
                               :
        Defendants.            :
```

**ORDER**

Defendants have filed a motion for extension of time [5], seeking to extend, until February 2, 2007, their current deadline of January 12, 2007, to answer or otherwise respond to the Complaint in this action.  Having considered defendants' motion and all materials submitted in relation thereto, IT IS HEREBY ORDERED that defendants' motion for extension of time [5] is GRANTED.

IT IS FURTHER ORDERED THAT:

Defendants shall answer or otherwise respond to the Complaint herein no later than February 2, 2007.

SO ORDERED.

                                             RICARDO M. URBINA
                                  United States District Judge

<u>Attorneys to be notified of entry</u>:

Anne L. Weismann
Melanie Sloan
Citizens for Responsibility
and Ethics in Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C. 20005

W. Scott Simpson
Department of Justice
Civil Division, Room 7210
Post Office Box 883
Washington, D.C. 20044