UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>              Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>              Defendants. | CIVIL ACTION NO.<br>1:06-cv-01912-RMU |

**REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME**

In reply to plaintiff's opposition (docket #7) to Defendants' Motion for Extension of Time (docket #5), defendants would show unto the Court the following:

1. Plaintiff's opposition to the requested extension rests primarily on an assertion that no additional time can be needed to respond to the Complaint because other cases in this Court have dealt with requests, under the Freedom of Information Act, for records of visits to the White House or the Vice President's Residence. But plaintiff ignores the fact that the FOIA requests involved in the earlier cases differ from the request in this case; the request here, for example, seeks records of any visits by nine specific individuals, none of which have been involved in any of the other cases. Thus, the declaration or declarations to be submitted in this case very well may differ from those submitted in other cases.

2. Plaintiff also asserts that the Secret Service and the White House may be "improperly colluding" in relation to disclosure of the requested records. But the plaintiff does not deny, and cannot deny, that the White House and the Office of the Vice President ("OVP") have a

legitimate interest in the handling of records of visitors to the White House Complex and the Vice President's Residence. Thus, the coordination among the Secret Service, the White House, the OVP, and the Department of Justice, referred to in defendants' motion for extension of time, is entirely appropriate and necessary.

      3. Finally, the 21-day extension requested by the defendants — which would be the first extension of their deadline to respond to the Complaint overall — does not represent a significant delay, where plaintiffs are seeking records going back six years.

Dated: January 10, 2007

    Respectfully submitted,

    PETER D. KEISLER
    Assistant Attorney General

    JEFFREY A. TAYLOR
    United States Attorney

    ELIZABETH J. SHAPIRO, D.C. Bar 418925
    Assistant Director

    _____
    W. SCOTT SIMPSON, Va. Bar 27487
    Senior Trial Counsel

    Attorneys, Department of Justice
    Civil Division, Room 7210
    Post Office Box 883
    Washington, D.C. 20044
    Telephone:  (202) 514-3495
    Facsimile:   (202) 616-8470
    E-mail: scott.simpson@usdoj.gov

    COUNSEL FOR DEFENDANTS