UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY ) <br> AND ETHICS IN WASHINGTON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> HOMELAND SECURITY, et a., ) <br> ) <br> Defendant. ) | Civil Action No. 06-1912 (JGP) |

**ORDER**

This matter comes before the Court on **Plaintiff's Motion For A Temporary Restraining Order** [12], Defendants' **Response To Plaintiff's Motion For Temporary Restraining Order** [14], and **Plaintiff's Reply To Defendants' Response To Plaintiff's Motion For A Temporary Restraining Order** [15]. The parties appeared before the Court on Plaintiff's motion on February 16, 2007. During the course of the hearing, counsel for Defendants represented to the Court that Defendants, and in particular the U.S. Department of Homeland Security and the United States Secret Service, are preserving, during the entire pendency of this litigation, any and all records, documents, and/or other materials, including but not limited to electronic documents, Worker and Visitor Entry System ("WAVES") records, and/or Access Control Records System ("ACR") records, that are potentially responsive to Plaintiff's Freedom of Information Act request that is the subject of this action. Counsel further represented to the Court that Defendants would not transfer any potentially responsive records, documents, and/or other materials to another department or agency, including but not limited to the White House Office of Records Management, without first creating and retaining a copy of

the record.  Counsel further represented to the Court that Defendants would file a Declaration with the Court on or before February 22, 2007, which would set forth Defendants' document retention policy in regards to this matter, and that this Declaration would be in complete conformity with his verbal representations made to the Court.  Based on Counsel's representations, it is hereby

**ORDERED** that the motion [12] is held in abeyance; and it is further

**ORDERED** that Defendants shall file a Declaration with the Court on or before February 22, 2007; and it is further

**ORDERED** that Plaintiff may file a response, if any, to the Declaration on or before February 26, 2007; and it is further

**ORDERED** that Defendants shall file an opposition to Plaintiff's Motion For A Temporary Restraining Order on or before March 5, 2007; and it is further

**ORDERED** that Plaintiff may file a reply to its Motion For A Temporary Restraining Order on or before March 12, 2007; and it is further

**ORDERED** that Defendants shall give the Court and all parties to this action five (5) days notice before altering, in any respect, its current document retention policy.

**SO ORDERED.**

**DATE: February 16, 2007**                                              **JOHN GARRETT PENN**
                                                                         **United States District Judge**