UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 1:06-cv-01912-JGP |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that the defendants, by their undersigned counsel, herewith file the Declaration of Paul S. Morrissey, Deputy Assistant Director, United States Secret Service, pursuant to this Court's Order of February 16, 2007 (docket #16).

Dated:  February 22, 2007

>Respectfully submitted,
>
>PETER D. KEISLER
>Assistant Attorney General
>
>JEFFREY A. TAYLOR
>United States Attorney
>
>ELIZABETH J. SHAPIRO, D.C. Bar 418925
>Assistant Director
>
>_____
>W. SCOTT SIMPSON, Va. Bar 27487
>Senior Trial Counsel

Attorneys, Department of Justice
Civil Division, Room 7210
Post Office Box 883
Washington, D.C. 20044
Telephone:  (202) 514-3495
Facsimile:   (202) 616-8470
E-mail: scott.simpson@usdoj.gov

COUNSEL FOR DEFENDANTS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>1:06-cv-01912-JGP |

### DECLARATION OF PAUL S. MORRISSEY
### DEPUTY ASSISTANT DIRECTOR
### UNITED STATES SECRET SERVICE

I, Paul S. Morrissey, hereby declare as follows:

1. I am the Deputy Assistant Director of the Office of Protective Operations ("OPO") for the United States Secret Service ("Secret Service"), which is a component of the Department of Homeland Security ("DHS"). I have held this position since September 2006, and have been a special agent with the Secret Service since January 1983. The statements made herein are based on my personal knowledge or on information made available to me in my official capacity.

2. The OPO is responsible for establishing policies related to the Secret Service's protective mission and for overseeing the operational divisions that protect the persons, places, and events that the Secret Service is authorized to protect.

3. The OPO has been advised of the filing of the complaint in this action under the Freedom of Information Act ("FOIA") by Citizens for Responsibility and Ethics in Washington ("CREW"), seeking records relating to any visit to the White House or the Vice President's

Residence, from January 1, 2001, to the present, by James Dobson, Gary L. Bauer, Wendy Wright, Louis P. Sheldon, Andrea Lafferty, Paul Weyrich, Tony Perkins, Donald Wildmon, or Jerry Falwell. OPO was instructed, shortly after the filing of the complaint, to retain all records related to CREW's request.

4. I am informed that the subject FOIA request extends to records of visits to any office within the Executive Office of the President ("EOP"). The White House Complex, as secured by the Secret Service, includes the White House, the Eisenhower Executive Office Building ("EEOB"), the grounds encompassing the EEOB and the White House, and the New Executive Office Building, which house various offices of the EOP. Some EOP offices also exist outside the White House Complex, but the Secret Service does not maintain or operate access systems at those sites.

5. All components of the Office of Protective Operations that possess record sets that may include records responsive to the foregoing FOIA request have been directed to preserve, and to continue to preserve, such records, or copies of such records, during the pendency of this litigation. Such components will continue to be so directed. The Secret Service will not, during the pendency of this litigation, transfer any potentially responsive records to any other entity, including the White House Office of Records Management, without first creating and retaining a copy of such record, or otherwise preserving the record. I am advised that the White House Office and the Office of the Vice President have approved this action by the Secret Service, though expressly without prejudice to the control of the subject Presidential records by the

President, and the subject Vice Presidential records by the Vice President, under the Presidential Records Act.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 21st, 2007.

_____
PAUL S. MORRISSEY