**EXHIBIT 2**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil No. 1:06cv01912 (RBW)

## DECLARATION OF ANNE L. WEISMANN

I Anne L. Weismann hereby declare as follows:

1. I am Chief Counsel for Citizens for Responsibility and Ethics in Washington ("CREW"). I have held this position since March 2005.

2. On October 4, 2006, I sent a Freedom of Information Act request on behalf of CREW to the U.S. Secret Service, for records relating to visits that specified individuals made to the White House or the vice president between January 1, 2001, and the present.

3. Thereafter, I made numerous phone calls to the Secret Service FOIA office and left voice mail messages requesting information on when the Secret Service had received CREW's request, and its status. My calls were never returned.

4. On November 8, 2006, I was finally able to reach Donald, an individual in the FOIA

office of the Secret Service, by telephone.  He told me he had been directed not to answer any questions by CREW concerning its FOIA request, including the status of the request.  As a result he refused to provide me with any information about CREW's request.

    I declare under penalty of perjury that the following is true and correct.

_____
ANNE L. WEISMANN

Dated: __2-22-07__