UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 1:06cv01912 (JGP) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al., | ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

After considerable prodding from plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") and the Court, defendants have finally offered sufficient assurances that the universe of records at issue is being properly preserved pending the outcome of the litigation. Those assurances coupled with this Court's Order of February 16, 2007, which mandates that defendants give "the Court and all parties to this action five days notice before altering, in any respect, its current document retention policy," make further consideration of CREW's motion for a temporary restraining order unnecessary at this time.

The process of receiving adequate assurances from defendants, however, has highlighted plaintiff's need for discovery. As outlined in Plaintiff's Response to Defendant's Notice of Filing and Declaration of Paul S. Morrissey, there are critical differences in the declarations defendants submitted here and in other related litigation. Morever, each new declaration from defendants adds a new layer of facts to the ever-unfolding story. Clearly both the plaintiff and the Court would benefit from the fullest record possible, as amplified by appropriate discovery,

before the Court resolves the fact-bound issue of whether the requested records are agency or presidential records. As the events of the past few weeks make clear, defendants alone should not be entrusted with the unilateral obligation of creating that record.

    Respectfully submitted,

       ___/s/_____
       Anne L. Weismann
       (D.C. Bar No. 298190)
       Melanie Sloan
       (D.C. Bar No. 434584)
       Citizens for Responsibility and Ethics
        In Washington
       1400 Eye Street, N.W., Suite 450
       Washington, D.C. 20005
       Phone: (202) 408-5565
       Fax: (202) 588-5020

       Attorneys for Plaintiff

Dated: March 12, 2007