UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,**        **Plaintiff,**        v.  **UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,**        **Defendant.** | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-1912 (JGP)<br>)<br>)<br>)<br>)<br>) |

**Order**

This matter is before the Court on **Plaintiff's Motion For A Temporary Restraining Order** [12]. On February 15, 2007, Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") filed a temporary restraining order seeking to require Defendants to preserve all records potentially responsive to CREW's Freedom of Information Act request, filed on October 4, 2006, that are the subject of this action. In response to the motion for a temporary restraining order, Defendants filed two declarations by Paul S. Morrissey, Deputy Assistant Director of the United States Secret Service. The declarant explained that the Secret Service is currently preserving all records that are potentially responsive to CREW's FOIA request, and that it will continue to do so for the remainder of this case. The declarant stated, in relevant part:

> All components of the Office of Protective Operations that possess record sets that may include records responsive to [CREW's] FOIA request have been directed to preserve, and to continue to preserve, such records, or copies of such records, during the pendency of this litigation. Such components will continue to be so directed. The Secret Service will not, during the pendency of this litigation, transfer any potentially responsive records to any other entity, including the White House Office of Records Management, without first creating and retaining a copy of such record, or otherwise preserving the record.

*See* First Morrissey Decl. at ¶ 5. In a second declaration, the declarant reiterated the Defendants' intention to preserve all records that are potentially responsive to CREW's request,stating:

> [T]he Secret Service is preserving, and will continue to preserve, types of records that may include records responsive to this FOIA request. The Secret Service will not, during the pendency of this litigation, transfer any potentially responsive records to any other entity, including the White House Office of Records Management ("WHORM") or the Office of the Vice President ("OVP"), without first creating and retaining a copy of such record, or otherwise preserving the record.

*See* Second Morrissey Decl. ¶ 5. Based on the declarant's representations, CREW concedes that "defendants have finally offered sufficient assurances that the universe of records at issue is being properly preserved pending the outcome of this litigation." Plt.'s Reply Br. at 1. CREW also concedes that "further consideration of [its] motion for a temporary restraining order [is] unnecessary at this time." *Id*. The Court therefore finds that CREW's motion for a temporary restraining order is moot.[1] Accordingly, it is hereby

**ORDERED** that Plaintiff's motion [12] is **DENIED** as **MOOT**.

**SO ORDERED.**


DATE: March 14, 2007                                    JOHN GARRETT PENN
                                                        **United States District Judge**

---

[1] On February 16, 2007, the Court ordered the Defendants to give the Court and CREW five days notice before altering, in any respect, their current document retention policy. This directive remains in effect.