UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, ) ) ) Plaintiff, ) ) v. ) ) U.S. DEPARTMENT OF HOMELAND SECURITY, et al., ) ) ) Defendants. ) | CIVIL ACTION NO. 1:06-cv-01912-JGP |

### NOTICE OF LODGING OF CLASSIFIED DECLARATION IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that the defendants, by their undersigned counsel, are lodging for submission, in support of Defendants' Motion for Summary Judgment, a classified declaration from a non-party federal agency. The declaration is submitted in support of the non-party agency's assertion that its notations on certain of the "Additional Security-Related Records" described in the Memorandum of Points and Authorities in Support of Defendants' Motion for Summary Judgment ("Defendants' Memorandum") are protected from disclosure by Exemptions 1 and 3 of the Freedom of Information Act ("FOIA"). See 5 U.S.C. § 552(b)(1), (b)(3).

As also noted in Defendants' Memorandum (footnote 24), revealing the identity of the non-party federal agency would disclose information protected by Exemption 7(E) of FOIA, id. § 552(b)(7)(E), in that it would disclose certain "techniques and procedures" used by the Secret Service in conducting background checks and other security-related activities regarding visitors and proposed visitors to the White House Complex.

The subject declaration is classified pursuant to Executive Order 12958, 60 Fed. Reg. 19825 (Apr. 17, 1995), as amended by Executive Order 13292, 68 Fed. Reg. 15315 (Mar. 25, 2003), and cannot be disclosed without proper authorization. This submission has been lodged for secure storage and transmission to the Court with the United States Department of Justice, Litigation Security Group, 20 Massachusetts Avenue, N.W., 5th Floor, Washington, D.C., (202) 514-9016.

Dated: May 25, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

CARL J. NICHOLS
Deputy Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO, D.C. Bar 418925
Assistant Director

JOHN R. TYLER, D.C. Bar 297713
Senior Trial Counsel

W. SCOTT SIMPSON, Va. Bar 27487
Senior Trial Counsel

Attorneys, Department of Justice
Civil Division, Room 7210
Post Office Box 883
Washington, D.C. 20044
Telephone: (202) 514-3495
Facsimile: (202) 616-8470
E-mail: scott.simpson@usdoj.gov

COUNSEL FOR DEFENDANTS