UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,  )<br>)<br>Defendants.  )<br>) | CIVIL ACTION NO.<br>1:06-cv-01912-JGP |

### DEFENDANTS' MOTION TO MODIFY BRIEFING SCHEDULE AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

Defendants respectfully request an order modifying the briefing schedule in this action, and, in support thereof, would show unto the Court the following:

1. On May 18, 2007, in granting Defendants' Emergency Motion for Protective Order and to Quash Deposition Subpoena, the Court ordered that defendants' motion for summary judgment be filed by May 25, 2007 (docket #28). The Court also ordered, sua sponte, that plaintiff's opposition be filed by June 25, 2007, and that defendants' reply, if any, be filed by July 16, 2007.

2. Defendants' Motion for Summary Judgment was filed on May 25, 2007, as ordered. It was accompanied by a memorandum of forty-three pages and by four declarations totaling approximately forty-six pages (plus exhibits). The motion addresses a significant threshold issue regarding whether most of the records of the kind sought here are covered by the Presidential Records Act or by the Freedom of Information Act and the Federal Records Act. The motion

also argues that certain other records in question are protected by seven different FOIA exemptions.

3. The attorney responsible for drafting all motions and memoranda on behalf of defendants, Mr. W. Scott Simpson, has been planning to be out of town for the entire week of July 2 through July 6, 2007. Lodging reservations for those plans, which involve Mr. Simpson, his immediate family, and twelve other persons, were made in late March 2007.

4. Under the current briefing schedule, defendants were to have three weeks to prepare a reply in support of their motion for summary judgment. Mr. Simpson's absence would reduce that period to two weeks. Given the extent of Defendants' Motion for Summary Judgment and the likely extent of plaintiff's opposition, as well as the fact that defendants' filings must be reviewed by several different offices and individuals, two weeks will not be sufficient to prepare their reply.

5. On May 31, 2007, defendants' counsel contacted plaintiff's counsel and proposed changing the deadlines for both plaintiff's opposition and defendants' reply to avoid the above-described conflict. Under the proposed modification, plaintiff would have had six weeks to file its opposition (as opposed to the current four weeks and one day), and defendants would have had three weeks and three days to file their reply (as opposed to the current three weeks). Plaintiff declined to agree to such modification (Attachment 1 hereto).

6. The scheduling conflict described above did not occur until the current briefing schedule was set on May 18, 2007. Defendants contacted the plaintiff about changing the schedule four business days after filing their motion for summary judgment, and more than three weeks before the deadline for plaintiff's opposition. Contacting the plaintiff before the filing of

defendants' motion would have been unnecessary, given that the conflict did not affect the filing of that motion.

Accordingly, defendants respectfully request a modest change in the briefing schedule, moving their deadline to file a reply in support of their motion for summary judgment so that no portion of the reply period falls during the week of July 2 through July 6, 2007. Defendants suggest that plaintiff's opposition be due on July 6, 2007, and that defendants' reply be due on August 1, 2007.

An appropriate proposed order accompanies this motion.

Dated: May 31, 2007

          Respectfully submitted,

          PETER D. KEISLER
          Assistant Attorney General

          CARL J. NICHOLS
          Deputy Assistant Attorney General

          JEFFREY A. TAYLOR
          United States Attorney

          ELIZABETH J. SHAPIRO, D.C. Bar 418925
          Assistant Director

          JOHN R. TYLER, D.C. Bar 297713
          Senior Trial Counsel


          _____
          W. SCOTT SIMPSON, Va. Bar 27487
          Senior Trial Counsel

Attorneys, Department of Justice
Civil Division, Room 7210
Post Office Box 883
Washington, D.C. 20044
Telephone: (202) 514-3495
Facsimile: (202) 616-8470
E-mail: scott.simpson@usdoj.gov

COUNSEL FOR DEFENDANTS

**From:** Anne Weismann [mailto:aweismann@citizensforethics.org]
**Sent:** Thursday, May 31, 2007 9:55 AM
**To:** Simpson, Scott (CIV)
**Subject:** RE: CREW 2 - briefing schedule

Under the Local Rules you have five days, there are multiple lawyers on the pleadings, and you have known about this conflict since the court issued its scheduling order. We do not consent to an extension -- you have represented oon multiple occasions over a period of months that you were on the verge of filing a summary judgment motion. You have had more than adequate time.

---

**From:** Simpson, Scott (CIV) [mailto:Scott.Simpson@usdoj.gov]
**Sent:** Thursday, May 31, 2007 9:49 AM
**To:** Anne Weismann
**Subject:** RE: CREW 2 - briefing schedule

Given the considerable extent of our motion and the likely extent of your opposition, as well as the number of offices and individuals who need to review our drafts, we don't believe two weeks will be sufficient to prepare our reply. The fact that the current schedule gives us three weeks to reply suggests that the Court believed more than two weeks would probably be needed.

---

**From:** Anne Weismann [mailto:aweismann@citizensforethics.org]
**Sent:** Thursday, May 31, 2007 9:47 AM
**To:** Simpson, Scott (CIV)
**Subject:** RE: CREW 2 - briefing schedule

We obviously have a different view on how receptive the court might be to your request but, in any event, you haven't really explained why the time you have is not adequate

---

**From:** Simpson, Scott (CIV) [mailto:Scott.Simpson@usdoj.gov]
**Sent:** Thursday, May 31, 2007 9:35 AM
**To:** Anne Weismann
**Subject:** RE: CREW 2 - briefing schedule

Actually, I believe the Court's statement about not being inclined to grant any extensions referred to our May 25 deadline.

---

**From:** Anne Weismann [mailto:aweismann@citizensforethics.org]
**Sent:** Thursday, May 31, 2007 9:34 AM
**To:** Simpson, Scott (CIV)
**Subject:** RE: CREW 2 - briefing schedule

In setting the schedule the court indicated it would not be inclined to change dates and this is the first I am hearing about your conflict. Also, you will have a full week before you leave and more than a week when you return. So while I am sympathetic to your situation, I do not really understand the need for more time, especially since it is for a reply brief which is limited in scope and length in any case.

---

**From:** Simpson, Scott (CIV) [mailto:Scott.Simpson@usdoj.gov]
**Sent:** Thursday, May 31, 2007 9:25 AM
**To:** Anne Weismann
**Subject:** CREW 2 - briefing schedule

Anne:

As you know, the court has set deadlines for your opposition to our motion for SJ (June 25) and for our reply (July 16). Unfortunately, I have been planning for several weeks to be out of town for the entire week of July 2-6 (during our reply period), and lodging reservations for those plans were made in late March. Would you be willing to stipulate to changing your deadline to July 6 and our deadline to August 1? That would give you 6 weeks for your opposition (as opposed to the current 4 weeks and one day), and it would give us 3 weeks and 3 days to reply (as opposed to the current 3 weeks).

If you are amenable, I will draft a stipulation for your review.

Thank you.

Scott

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY<br>AND ETHICS IN WASHINGTON,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY, et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No. 06-1912 (JGP)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This matter is before the Court on **Defendants' Motion to Modify Briefing Schedule** [31] on their motion for summary judgment [29], seeking to avoid the week of July 2 through July 6, 2007, in their reply period. Having considered defendants' motion and all materials submitted in relation thereto, it is hereby

**ORDERED** that Defendants' Motion to Modify Briefing Schedule [31] is **GRANTED**; it is further

**ORDERED** that the parties comply with the following briefing schedule:

1. Plaintiff shall file its opposition, if any, to defendants' motion for summary judgment on or before July 6, 2007.

3. Defendants shall file their reply brief in support of the motion for summary judgment, if any, on or before August 1, 2007.

**SO ORDERED.**

DATE: _____, 2007                                    **JOHN GARRETT PENN**
                                                                           **United States District Judge**