**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al., )<br>)<br>Defendants. )<br>) | Civil No. 1:06cv01912 (JGP) |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS'
MOTION TO MODIFY BRIEFING SCHEDULE**

On May 18, 2007, the Court issued an order establishing a briefing schedule for defendants' motion for summary judgment. Under that Order, defendants' motion was to be filed by May 25, 2007, plaintiff's opposition by June 25, 2007, and defendants' reply by July 16, 2007.

On May 31, 2007, nearly two weeks after that order and the filing of their summary judgment motion, defendants' counsel raised for the first time a purported conflict that made him unavailable for one of the three weeks that the Court had afforded defendants to prepare a reply brief. Defendants accordingly request that the briefing schedule be modified to extend the time for the filing of their reply to August 1, 2007, suggesting modifications in plaintiff's filing date as well. Plaintiff hereby opposes this motion for the grounds set forth below.

First, defendants' claim that they need more time rings especially hollow given their representations -- first made almost five months ago on January 8, 2007, and repeated at least three times thereafter -- that they were on the verge of filing a summary judgment motion. If

they were ready to file in January, as they stated, it is inconceivable that they are not prepared today to adequately address the issues.

Second, more delay only prejudices the interests of the plaintiff. This case concerns a Freedom of Information Act ("FOIA") request that plaintiff filed on October 4, 2006. To date, plaintiff has not received a single document in response to its request. Instead, defendants have raised a threshold issue -- in advance of processing the bulk of plaintiff's request -- as to whether the requested records are even subject to the FOIA. Further delay in the briefing of this issue has a direct and significant impact on plaintiff's right to get access to documents to which it is statutorily entitled.

Third, under the Local Rules defendants normally would be afforded only five days in which to file a reply, LCvR7(d), and such a reply is limited to no more than 25 pages in length. Id. at 7(e). Even the two weeks that defendants' counsel claims he will be limited to under the current schedule well exceeds the period set forth in the Local Rules.

Fourth, defendants are represented by multiple counsel and, as they freely admit, multiple offices and individuals will be involved in the preparation of a reply brief. Defendants' Motion to Modify Briefing Schedule at 2, ¶ 4. The unavailability of one attorney for one of the three weeks afforded defendants to prepare a reply does not justify extending the briefing schedule by several weeks.

Accordingly, plaintiff respectfully requests that the Court deny defendants' motion to modify the briefing schedule. If the Court grants the motion, plaintiff requests that its time to file an opposition to the summary judgment motion be extended to July 9, 2007.

        Respectfully submitted,

        ____/s/_____
        Anne L. Weismann
        (D.C. Bar No. 298190)
        Melanie Sloan
        (D.C. Bar No. 434584)
        Citizens for Responsibility and Ethics
         In Washington
        1400 Eye Street, N.W., Suite 450
        Washington, D.C. 20005
        Phone: (202) 408-5565
        Fax: (202) 588-5020

        Attorneys for Plaintiff

Dated: May 31, 2007

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>               Plaintiff,<br><br>               v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>               Defendants. | Civil No. 1:06cv01912 (JGP) |

### [PROPOSED] ORDER

The Court having considered defendants' request to modify the briefing schedule on defendant's motion for summary judgment, plaintiff's opposition thereto, and the entire record herein, it is hereby ORDERED that defendants' motion is DENIED.

Dated: _____           _____
                                                                       JOHN GARRETT PENN
                                                                       United States District Judge