UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,** | ) ) ) | |
| **Plaintiff,** | ) ) ) | |
| v. | ) ) | Civil Action No. 06-1912 (JGP) |
| **UNITED STATES DEPARTMENT OF HOMELAND SECURITY,** *et al.*, | ) ) ) ) | |
| **Defendants.** | ) | |

**ORDER**

This matter is before the Court on **Defendants' Motion to Modify Briefing Schedule** [31] and **Plaintiff's Opposition** [32].[1]  Defendants filed a motion for summary judgment [29] on May 25, 2007, per the Court's instruction.  Under the current briefing schedule set by the Court, Plaintiff's opposition to the motion for summary judgment is due June 25, 2007, and Defendants' reply brief is due July 16, 2007.  Defendants seek to extend the remainder of the briefing schedule by slightly more than two weeks because the attorney responsible for drafting and coordinating the government's reply brief will be unavailable from July 2 - July 6, due to a previously scheduled personal obligation.  In seeking an extension of the current schedule, Defendants argue that "[t]wo weeks will not be sufficient to prepare their reply" given the complexity of the issues involved in the pending motion for summary judgment.  In opposition, Plaintiff claims that it will be prejudiced by

---

[1] Pursuant to Local Civil Rule 7(d), Defendants had "five days after service of the memorandum in opposition" in which to "serve and file a reply memorandum."  LCvR 7(d).  This five-day period has expired and Defendants have not filed a reply memorandum, nor have they sought an extension of time in which to reply.

further delay and notes that Defendants have had several months in which to research and prepare their arguments.

The Court finds that a modest extension of the briefing schedule is warranted in this situation, and that it will not prejudice Plaintiff's FOIA action. The Court ordered the current briefing schedule, *sua sponte,* based on Defendants' failure over the course of several months to file their motion for summary judgment despite repeated assurances that it was "shortly" forthcoming. In setting this schedule, the Court was unaware that trial counsel would be unavailable in July. Given counsel's familial commitment, and that he performs a lion's share of the work on this matter, it seems prudent to grant the extension, giving Defendants a full three weeks to respond to the opposition. However, being mindful that Defendants have had much more time than Plaintiff to address the issues raised in the summary judgment motion, the Court will structure the extension so that any benefit (in the form of more time) accrues to Plaintiff, not Defendants. Accordingly, it is hereby

**ORDERED** that **Defendants' Motion to Modify Briefing Schedule** [31] is **GRANTED, IN PART**; and it is further

**ORDERED** that the parties comply with the following dispositve motions schedule:

1. Plaintiff shall file an opposition, if any, on or before July 11, 2007

2. Defendants shall file their reply brief in support of the motion for summary judgment, if any, on or before August 1, 2007.[2]

**SO ORDERED.**

**DATE: June 15, 2007**                                                                          **JOHN GARRETT PENN**
                                                                                                                **United States District Judge**

---

[2] The Court is not inclined to grant an extension of this deadline.