UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>                Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>                Defendants. | CIVIL ACTION NO.<br>1:06-cv-01912-JGP |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that the defendants, by their undersigned counsel, herewith file the Fourth Declaration of Paul S. Morrissey, Deputy Assistant Director, United States Secret Service. This declaration is filed primarily because a record containing potentially responsive information extracted from the WAVES system was created in early January 2007 (before the cut-off date for responsive records in this case) and was deleted in connection with an employee's routine deletion of e-mails in late February 2007. As noted in the declaration, however, the WAVES data contained in the deleted record would still be contained in the WAVES system.

Dated: June 22, 2007

                                                Respectfully submitted,

                                                PETER D. KEISLER
                                                Assistant Attorney General

                                                JEFFREY A. TAYLOR
                                                United States Attorney

ELIZABETH J. SHAPIRO, D.C. Bar 418925
Assistant Director

JOHN R. TYLER, D.C. Bar 297713
Senior Trial Counsel

_____

W. SCOTT SIMPSON, Va. Bar 27487
Senior Trial Counsel

Attorneys, Department of Justice
Civil Division, Room 7210
Post Office Box 883
Washington, D.C. 20044
Telephone:  (202) 514-3495
Facsimile:   (202) 616-8470
E-mail: scott.simpson@usdoj.gov

COUNSEL FOR DEFENDANTS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>1:06-cv-01912-JGP |

**FOURTH DECLARATION OF PAUL S. MORRISSEY**
**DEPUTY ASSISTANT DIRECTOR**
**UNITED STATES SECRET SERVICE**

I, Paul S. Morrissey, hereby declare as follows:

1. I am the Deputy Assistant Director of the Office of Protective Operations for the United States Secret Service ("Secret Service"), which is a component of the Department of Homeland Security. I have held this position since September 2006, and have been a special agent with the Secret Service since January 1983. The statements made herein are based on my personal knowledge or on information made available to me in my official capacity.

2. This declaration supplements (and, in one very minor respect, corrects) my prior declarations in this case, which were executed on February 21, March 5, and May 23, 2007.

3. After execution of my third declaration on May 23, Secret Service management learned of the continued creation of a periodic report that extracts certain data from the Worker and Visitor Entrance System ("WAVES"). Once each month, a Secret Service employee was creating a "Visitor Multiple Entry Report" that identifies visitors who appear in WAVES for a

number of visits to the White House Complex during a single month. All data in the Visitor Multiple Entry Reports are extracted from WAVES; no data appear in these reports that are not contained in WAVES. The Secret Service's current practice of retaining WAVES data, described in my earlier declarations, applies to the WAVES data contained in these reports.

4. The Visitor Multiple Entry Report for each month is created during the first week of the following month, and is transmitted on the same day by e-mail to Presidential personnel at the White House Complex. The Secret Service's understanding is that White House Complex personnel use the reports to monitor compliance with certain sensitive policies regarding the submission of information on proposed passholders and workers. The Secret Service does not use these reports for any purpose.

5. The Secret Service's copies of these reports and e-mails have existed only on the computer hard drive of one employee, who creates and transmits the reports. The Secret Service's electronic copy of each month's report has been overwritten upon creation of the following month's report. The Secret Service's electronic copy of each transmission e-mail, with the attached report, has been deleted during this employee's routine deletion of other e-mails toward the end of each month. Supervisory personnel at the Secret Service believed, until late May 2007, that creation of the Visitor Multiple Entry Reports had ceased at least twelve months earlier, so did not direct the employee to retain these reports upon receiving the instruction to retain visitor records potentially responsive to the Freedom of Information Act ("FOIA") request in this case.

6. The Visitor Multiple Entry Report for December 2006 (and prior reports) would have been created before the January 25, 2007, cut-off date for responsive records in this case

(referred to in paragraphs 27 and 45 of my declaration executed on May 23, 2007); reports for all subsequent months were created after that date. It is my understanding that the report for November 2006 would have been overwritten upon creation of the December 2006 report during the first week of January 2007. Further, I understand that the report for December 2006 would have been overwritten upon creation of the January 2007 report during the first week of February 2007 — that is, approximately two weeks before my declaration executed on February 21, 2007, in which the Secret Service stated that all components of the Office of Protective Operations possessing record sets that may include records responsive to the FOIA request in this case had been directed to preserve such records, or copies of such records, during the pendency of this litigation.

7.     On another subject, footnote 1 in my declaration of May 23, 2007 (appended to paragraph 24), stated that a certain set of records dates back to September 2006. It should, instead, read "August 2006."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 22nd, 2007.

PAUL S. MORRISSEY

3