UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>1:06-cv-01912-JGP |

**JOINT STATUS REPORT**

Pursuant to the Court's minute order of August 13, 2007, the parties submit the following report regarding the status of this matter:

1. "<u>Whether this case has been resolved, become moot, is on appeal, or for any other reason should be closed.</u>"

The parties agree that this case has not been resolved and should remain open at this time.

2. <u>Status of the case and pending motions</u>.

<u>By the plaintiff</u>

Plaintiff filed this complaint on November 9, 2006, against the Department of Homeland Security ("DHS") and the Archivist. Plaintiff's complaint challenges the failure of the Secret Service, a component of DHS, to fulfill plaintiff's request under the Freedom of Information Act ("FOIA") for records of certain individuals to the White House Complex and the Vice President's Residence. Plaintiff also challenges as contrary to law the policy of the Secret Service to erase certain federal records, including records plaintiff is seeking under the FOIA, once it has transferred the information on those records to the White House. Finally, plaintiff

challenges the failure of the Archivist to take enforcement action to prevent DHS from unlawfully destroying agency records, contrary to the Federal Records Act.

        <u>By the defendants</u>

Defendants have filed a motion for summary judgment asserting, among other things, that the subject records of visitors to the White House Complex and the Vice President's Residence are not "agency records" under the Freedom of Information Act and that they are not "federal records" under the Federal Records Act. Defendants' motion for summary judgment has been fully briefed since August 1, 2007. Defendants' motion is not moot and awaits decision by the Court.

    3.    <u>Other information</u>.

None.

Dated: September 5, 2007

                    Respectfully submitted,

                                                PETER D. KEISLER
                                                Assistant Attorney General

/s/ Anne L. Weismann
_____
ANNE L. WEISMANN, D.C. Bar 298190    CARL J. NICHOLS
MELANIE SLOAN, D.C. Bar 434584       Deputy Assistant Attorney General

Citizens for Responsibility and Ethics      JEFFREY A. TAYLOR
   in Washington                                United States Attorney
1400 Eye Street, N.W., Suite 450
Washington, D.C. 20005                 ELIZABETH J. SHAPIRO, D.C. Bar 418925
Telephone: (202) 408-5565              Assistant Director
Facsimile: (202) 588-5020
E-mail: aweismann@citizensforethics.org    JOHN R. TYLER, D.C. Bar 297713
                                                Senior Trial Counsel

COUNSEL FOR PLAINTIFF

/s/ W. Scott Simpson
_____
W. SCOTT SIMPSON, Va. Bar 27487
Senior Trial Counsel

Attorneys, Department of Justice
Civil Division, Room 7210
Post Office Box 883
Washington, D.C. 20044
Telephone:  (202) 514-3495
Facsimile:   (202) 616-8470
E-mail: scott.simpson@usdoj.gov

COUNSEL FOR DEFENDANTS