CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY & ETHICS IN WASHINGTON )<br>)<br>)<br>)<br>Plaintiff )<br>)<br>)<br>v. )<br>)<br>)<br>U.S. DEPARTMENT OF HOMELAND SECURITY )<br>)<br>)<br>Defendant ) | Civil Case Number 06-1912 (RCL)<br><br>Category    I |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>October 25, 2007</u> from <u>Judge John Garrett Penn</u> to <u>Judge Royce C. Lamberth</u> by direction of the Calendar Committee.

(Related to 06-0883)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:     <u>Judge Lamberth</u> & Courtroom Deputy
        Liaison, Calendar and Case Management Committee
        Civil Case Processing Clerk ✓