UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-1912 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

Upon consideration of the Motions [36, 37] for Leave to File *Amicus Curiae* Briefs by Judicial Watch and National Security Archive, and the entire record herein, it is hereby

ORDERED that the motions are granted and the *Amicus* briefs shall be filed. Defendants have already addressed these in their reply brief filed on August 1, 2007.

SO ORDERED.

Signed Royce C. Lamberth, United States District Judge, on November 7, 2007.