UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., )<br>)<br>Defendant. ) | Civil Action No. 06-1912 (RCL) |

**ORDER**

For the reasons contained in the accompanying memorandum opinion, it is hereby

**ORDERED** that Defendant's Motion For Summary Judgment [29] is **GRANTED IN PART** and **DENIED IN PART**. The motion is **GRANTED** with respect to the nineteen pages of additional security-related documents that the Defendant withheld pursuant to Exemptions 2, 6, 7(C), 7(E) and 7(F) of the Freedom of Information Act. The motion is **DENIED** in all other respects; it is further

**ORDERED** that Defendant shall immediately process Plaintiff's Freedom of Information Act request and produce all responsive records that are not exempt from disclosure within 20 days of the Court's order; and it is further

**ORDERED** that Plaintiff's request for discovery is **DENIED as MOOT**.

**SO ORDERED**.

Signed by Royce C. Lamberth, United States District Judge, December 17, 2007.