UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>           Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO.<br>)   1:06-cv-01912-RCL<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that all defendants hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's Order and Memorandum Opinion dated December 17, 2007 (docket numbers 44 and 45).

Dated: December 19, 2007

                                        Respectfully submitted,

                                        JEFFREY S. BUCHOLTZ
                                        Acting Assistant Attorney General

                                        CARL J. NICHOLS
                                        Deputy Assistant Attorney General

                                        JEFFREY A. TAYLOR
                                        United States Attorney

                                        ELIZABETH J. SHAPIRO, D.C. Bar 418925
                                        Assistant Director

/s/ W. Scott Simpson
_____
W. SCOTT SIMPSON, Va. Bar 27487
Senior Trial Counsel

Attorneys, Department of Justice
Civil Division, Room 7210
Post Office Box 883
Washington, D.C. 20044
Telephone:  (202) 514-3495
Facsimile:   (202) 616-8470
E-mail: scott.simpson@usdoj.gov

COUNSEL FOR DEFENDANTS