UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 1:06-cv-01912-RCL |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

**CONSENT MOTION FOR STAY PENDING APPEAL**

The parties have consented to the issuance of a stay on condition that the government file a motion to expedite briefing of its appeal in the D.C. Circuit. Pursuant to the foregoing agreement, the parties respectfully request that the court stay its December 17, 2007 Order pending resolution of the government's appeal.

Dated: December 21, 2007          Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

CARL J. NICHOLS
Deputy Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO, D.C. Bar 418925
Assistant Director

   /s/_____
JOHN R. TYLER, D.C. Bar No. 297713
Senior Trial Counsel
W. SCOTT SIMPSON, Va. Bar 27487
Senior Trial Counsel
Attorneys, Department of Justice
Civil Division, Room 7344
Post Office Box 883
Washington, D.C. 20044
Telephone:  (202) 514-2356
Facsimile:   (202) 616-8202
E-mail: john.tyler@usdoj.gov

COUNSEL FOR DEFENDANTS


   /s/_____
Anne L. Weismann
(D.C. Bar No. 298190)
Melanie Sloan
(D.C. Bar No. 434584)
Citizens for Responsibility and Ethics
in Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C.  20005
Phone: (202) 408-5565
Fax: (202) 588-5020

COUNSEL FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-883 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

**PROPOSED ORDER**

UPON CONSIDERATION of the parties' Joint Motion for Stay Pending Appeal, it is hereby, this ____ day of _____, 2007

ORDERED that the parties' consent motion is granted, and it is

FURTHER ORDERED that enforcement of this Court's December 17, 2007 order is stayed pending resolution of the government's appeal, contingent on the government filing a motion for expedition in the Court of Appeals on or before December 31, 2007.

_____
UNITED STATES DISTRICT JUDGE