# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                        )
CITIZENS FOR RESPONSIBILITY              )
AND ETHICS IN WASHINGTON,                )
                                        )
            Plaintiff,                   )
                                        )
        v.                               )        Civil Action No. 06-1912 (RCL)
                                        )
U.S. DEPARTMENT OF                       )
HOMELAND SECURITY, et al.,               )
                                        )
            Defendants.                  )
_____)

## ORDER

Upon consideration of the parties' Joint Motion for Stay Pending Appeal, it is hereby

ORDERED that the parties' consent motion is GRANTED, and it is further

ORDERED that enforcement of this Court's December 17, 2007 order is stayed pending

resolution of the government's appeal, contingent on the government filing a motion for

expedition in the Court of Appeals on or before December 31, 2007.

SO ORDERED.


Signed Royce C. Lamberth, United States District Judge, on December 21, 2007.