UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,  )<br>)<br>Defendants.  )<br>) | CIVIL ACTION NO.<br>1:06-cv-01912-RCL |

**DEFENDANTS' MOTION FOR STAY OF PROCEEDINGS ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, OR, ALTERNATIVELY, FOR AN EXTENSION OF TIME, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

The defendants, by their undersigned counsel, hereby respectfully move that proceedings on plaintiff's motion for summary judgment (docket 51) be stayed pending resolution of defendants' appeal from the Court's Order and Memorandum Opinion of December 17, 2007 (docket 44, 45). Alternatively, if the Court should deny this motion for stay, defendants respectfully request that their time to respond to plaintiff's motion for summary judgment be extended until 15 days after the order on the motion for stay.

1. Plaintiff in this action seeks to compel the United States Secret Service to disclose certain records of visitors to the White House and the Vice President's Residence under the Freedom of Information Act ("FOIA"). Plaintiff also asserts that defendants' handling of those records violates the Federal Records Act ("FRA").

2. Defendants filed a motion for summary judgment, arguing that the records in question are not "agency records" under the FOIA and thus necessarily also not "federal records" under the

FRA. In its Order and Memorandum Opinion of December 17, 2007, this Court held that the records are subject to the FOIA, and directed defendants to release all such responsive, non-exempt records.

3. Defendants appealed from the Order of December 17, and its implementation was stayed pending appeal, contingent upon defendants filing a motion for expedited briefing in the Court of Appeals. Defendants filed such a motion, and an expedited schedule was established, under which briefing in the Court of Appeals will conclude on March 13, 2008.[1]

4. Plaintiff's motion for summary judgment, seeking resolution of its claims under the FRA, was filed on January 28, 2008 (docket 51). Defendants' response to the motion would be due, therefore, by February 11, 2008.

5. An appellate ruling in defendants' favor on the FOIA claims would necessarily compel judgment in defendants' favor on the FRA claims. Plaintiff's motion for summary judgment does not dispute that the validity of its FRA claims is tied to the FOIA issue now pending before the Court of Appeals. Indeed, plaintiff's motion argues that the (alleged) applicability of the FRA to the records in question "cannot legitimately be challenged in light of this Court's recent ruling that White House visitor records are agency records subject to . . . the FOIA" — that is, the very ruling now pending on appeal. See Memorandum of Points and Authorities in Support of Plaintiff's Motion for Summary Judgment on Claims Three and Four at 18 (docket 51).

6. Without a stay of proceedings, defendants would be required to litigate plaintiff's claims under the FRA while a key issue regarding the validity of those claims is pending before

---

[1] The government's opening brief on appeal was filed on January 28, 2008. Plaintiff's response is due February 28, and the government's reply on March 13.

2

the D.C. Circuit. That would entail, among other things, preparing and filing a memorandum in opposition to plaintiff's motion for summary judgment, along with any declarations that may be needed to support the opposition. Defendants would have to argue not only the "federal records" issue, but also any other issues raised by plaintiff's FRA claims. After the parties had briefed those issues, they would be ready for decision by this Court. All of that effort — as well as any resources expended by the Court in deciding the FRA claims — would have been wasted if the Court of Appeals decides the pending "agency records" issue in favor of defendants.

Therefore, proceedings on plaintiff's motion for summary judgment should be stayed pending resolution of defendants' ongoing appeal.

Alternatively, if the Court denies this motion for stay, defendants request that their response to plaintiff's motion for summary judgment be due 15 days from the order on the motion for stay.

In accordance with Local Rule 7(m), undersigned counsel for the defendants has conferred with counsel for the plaintiff regarding the relief sought in this motion, and counsel stated that plaintiff intended to oppose both the motion for stay and the alternative motion for an extension of time.

An appropriate proposed order accompanies this motion.

Dated: February 8, 2008

                Respectfully submitted,

                JEFFREY S. BUCHOLTZ
                Acting Assistant Attorney General

CARL J. NICHOLS
Deputy Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO, D.C. Bar 418925
Assistant Director

/s/ W. Scott Simpson
_____
W. SCOTT SIMPSON, Va. Bar 27487
Senior Trial Counsel

Attorneys, Department of Justice
Civil Division, Room 7210
Post Office Box 883
Washington, D.C. 20044
Telephone:  (202) 514-3495
Facsimile:   (202) 616-8470
E-mail: scott.simpson@usdoj.gov

COUNSEL FOR DEFENDANTS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,**<br><br>Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 06-1912 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

This matter comes before the Court on **Defendants' Motion for Stay of Proceedings on Plaintiff's Motion for Summary Judgment, or, Alternatively, for an Extension of Time** [52]. Upon consideration of Defendants' motion and of all materials submitted in relation thereto, it is hereby

**ORDERED** that Defendants' motion [52] is **GRANTED**; and it is further

**ORDERED** that proceedings on Plaintiff's Motion for Summary Judgment on Claims Three and Four [51] be, and thereby hereby are, STAYED pending resolution of Defendants' appeal from the Court's Order and Memorandum Opinion of December 17, 2007 (docket 44, 45).

SO ORDERED.


DATE: _____       **ROYCE C. LAMBERTH**
**United States District Judge**